UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRISTA E. WISE                      JURY TRIAL DEMANDED

v.                                        CASE NO.  3:10 CV

PALISADES COLLECTION, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant had purchased plaintiff's personal Chase credit card by September, 2008.

7. Defendant retained Law Offices Howard Lee Schiff, P.C. to collect the account in May, 2009.

8. Defendant's lawyer was informed that plaintiff was represented by an attorney on May 30, 2009, and that she disputed the account as well as defendant's ownership thereof.

9. Thereafter, Defendant retained NCO who sent plaintiff a collection letter dated April 3, 2010, seeking to collect on plaintiff's Chase credit card for defendant.

FIRST COUNT

10. In the collection efforts, defendant violated the FDCPA, § 1692c(a), -e, or –g.

SECOND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

12. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

                    THE PLAINTIFF

                    BY____/s/ Joanne S. Faulkner___
                          JOANNE S. FAULKNER ct04137
                          123 Avon Street
                          New Haven, CT 06511-2422
                          (203) 772-0395
                          faulknerlawoffice@snet.net